IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

GLADYS MARIA TEJADA
LIRIANO IN REPRESENTATION OF
ERNESTO CRUZ TEJADA,

Petitioners,

v.

REBECCA GONZÁLEZ-RAMOS,
ET. AL.,

Defendants.

CIV. NO.: 26-1142 (SCC)

**JUDGMENT**

In view of the Court's Order at Docket No. 20, this case is hereby **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of June 2026.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE